UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

LOGFRET, INC.,

                Plaintiff,

     -against-

GERBER FINANCE, INC.,

                Defendant.

-------------------------------------------------------- X

Case No. 20-cv-7142-JPC

Hon. John P. Cronan

**NOTICE OF MOTION TO
DISMISS THE COMPLAINT**

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated November 30, 2020, and all other prior proceedings held herein, Defendant Gerber Finance, Inc., by its attorneys, Loeb & Loeb LLP, will move this Court at the United States Courthouse located at the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, before the Honorable John P. Cronan, as soon as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint of Plaintiff Logfret, Inc. on the ground that the Complaint fails to state a claim upon which relief can be granted, together with such other and further relief as the Court may deem just and proper.

19453442

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order at the teleconference held on November 16, 2020, answering papers, if any, shall be filed and served on or before December 21, 2020, and reply papers shall be filed and served on or before January 11, 2021.

Dated: New York, New York
November 30, 2020

LOEB & LOEB LLP

By: /s/ *Daniel B. Besikof*
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
dbesikof@loeb.com
nweingarten@loeb.com

*Attorneys for Defendant*
*Gerber Finance, Inc.*